SAMUEL C. DAVIS *et al.*, Appellants, *v.* THE MICHIGAN SOUTHERN AND NORTHERN INDIANA RAILROAD COMPANY, Appellee.

APPEAL FROM COOK.

The liability of a common carrier by railway terminates, if the goods after reaching their destination are properly stored in any warehouse; and notice need not be given of their arrival, and if it is given, no other liability grows out of it than that the goods will be retained, free of charge, for the time specified.

THE facts of this case are the same as in that preceding. The judgment was rendered by MANIERRE, Judge, without the intervention of a jury, upon an agreed state of facts, at April term, 1858. The judgment was for the defendant below, appellee in this court.

GOOKINS, THOMAS & ROBERTS, for Appellants.

JUDD & WINSTON, and GLOVER & COOK, for Appellee.

WALKER, J.   The material facts in this case, are similar to those in the case of Richards et al. against this defendant, decided at the present term; and the legal principles involved, and their application to the facts, are discussed in that case, and also in the preceding case of *Porter* v. *The Chicago and Rock Island Railroad Company.*   And we deem it unnecessary to again discuss them in this case.

The judgment of the court below should be affirmed.

*Judgment affirmed.*